UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MITSUI SUMITOMO INSURANCE COMPANY OF :
AMERICA and 11 PARK PLACE, LLC, :
:
                     Plaintiffs, :     24-CV-9440 (JAV)
:
   -v- :     <u>ORDER</u>
:
UNITED SPECIALTY INSURANCE COMPANY, :
:
                     Defendant. X
-----------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to Section 8(d) of the Court's Individual Rules and Practices in Civil Cases and paragraph 8 of the Case Management Plan entered in this matter, ECF No. 22, the parties were required to file a post-fact discovery joint status letter by August 21, 2025, that addresses the status of settlement and whether the parties intend to continue with litigation of this case. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 12, 2025**.

      SO ORDERED.

Dated: September 4, 2025
       New York, New York
                                              JEANNETTE A. VARGAS
                                              United States District Judge