UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                     :

MITSUI SUMITOMO INSURANCE COMPANY OF   :
AMERICA and 11 PARK PLACE, LLC,              :
                                       :

                Plaintiffs,       :          24-CV-09440 (JAV)
                                       :

       -v-                      :           ORDER
                                       :

UNITED SPECIALTY INSURANCE COMPANY,   :
                                       :

              Defendant.      :
                                       :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      As stated on the record during the conference held earlier today, the parties are
ORDERED to submit a joint status letter with the Court on January 20, 2026, and every 90 days
thereafter detailing the following information:

- Whether there is an agreement regarding the duty to defend or defense costs.  If so,
  then the details of that agreement.  If not, then whether that issue is ripe for resolution
  by this Court;
- If that issue is ripe for resolution by this Court, the parties shall provide a proposed
  summary judgment schedule with respect to that issue; and
- The status of the underlying case and whether the duty to indemnify claims are ripe
  for resolution by this Court.

      SO ORDERED.

Dated: October 21, 2025
      New York, New York                            _____
                                         JEANNETTE A. VARGAS
                                         United States District Judge