UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                   :
MITSUI SUMITOMO INSURANCE COMPANY OF                               :
AMERICA and 11 PARK PLACE, LLC,                                    :
                                                                   :
                              Plaintiffs,                          :        24-CV-9440 (JAV)
                                                                   :
              -v-                                                  :        ORDER
                                                                   :
UNITED SPECIALTY INSURANCE COMPANY,                               :
                                                                   :
                              Defendant.                           :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On February 5, 2026, Plaintiffs submitted a status report to the Court.  ECF No 29.  On

the same day, Defendant submitted their own status report to the Court.  ECF No. 30.

By separate Order today, the Court is referring this case to the assigned Magistrate Judge

for settlement.  In light of the status reports that the Court has received, the Court is referring the

parties to the Magistrate Judge for a settlement conference as to both the defense costs and the

remainder of the claims.

        SO ORDERED.

Dated: February 24, 2026                         _____
       New York, New York                        JEANNETTE A. VARGAS
                                                 United States District Judge