UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                    :

MITSUI SUMITOMO INSURANCE COMPANY OF   :
AMERICA and 11 PARK PLACE, LLC,          :

                                     :

                Plaintiffs,      :          24-CV-09440 (JAV)

                                     :

       -v-                   :             ORDER

                                     :

UNITED SPECIALTY INSURANCE COMPANY,   :

                                     :

               Defendant.     :

                                     :

-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The parties are ORDERED to submit a joint status letter with the Court on **June 11, 2026**, providing the following information:

- The progress of settlement discussions regarding the duty to defend or defense costs.
- If the parties have not arrived at an agreement in principle, the parties shall provide a proposed schedule for summary judgment motions with respect to that issue.

      SO ORDERED.

Dated: June 4, 2026
      New York, New York                               _____
                                        JEANNETTE A. VARGAS
                                        United States District Judge